UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JIALING JIANG, :
:
Plaintiff, :
:  25 Civ. 3610 (JPC)
-v- :
:  ORDER
CPS FEE COMPANY LLC, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court's May 19, 2025 Order directed Plaintiff to file a copy of the Complaint on the docket no later than the end of the day on May 19. Dkt. 10. That deadline has passed and the docket does not reflect that Plaintiff has filed a copy of the Complaint on the docket. The Court *sua sponte* extends Plaintiff's deadline to May 21, 2025. Counsel for Plaintiff is cautioned that failure to comply with court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: May 20, 2025
       New York, New York
                                            _____
                                            JOHN P. CRONAN
                                            United States District Judge